# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ANA QUINONES,**

          **Plaintiff,**

**-vs-**                                                                              **Case No. 6:05-cv-1585-Orl-KRS**

**G & G RETAIL, INC.,**

          **Defendant.**

## ORDER

This cause came on for consideration without oral argument. Defendant G+G Retail, Inc., has filed notice that it has filed a voluntary petition for Chapter 11 bankruptcy protection in the United States Bankruptcy Court for the Southern District of New York. Doc. No. 17. Pursuant to 11 U.S.C. § 362(a), the present proceeding is **STAYED**. The Clerk of Court is directed to close the file administratively pending notice from the parties that the bankruptcy stay has been lifted.

**DONE** and **ORDERED** in Orlando, Florida on January 30, 2006.

                                                       *Karla R. Spaulding*
                                                    KARLA R. SPAULDING
                                         UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties