# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ANA QUINONES,**

          **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　**Case No. 6:05-cv-1585-Orl-KRS**

**G & G RETAIL, INC.,**

          **Defendant.**

## ORDER OF DISMISSAL

Plaintiff Ana Quinones has advised the Court that this matter has been settled. Doc. No. 26. Accordingly, pursuant to Local Rule 3.08(b), it is

**ORDERED AND ADJUDGED** that this case is hereby **DISMISSED without prejudice** subject to the right of any party to re-open the action within sixty (60) days, upon good cause shown, or to submit a stipulated form of final order or judgment. The Clerk of Court is directed to close the file.

**DONE** and **ORDERED** in Orlando, Florida on April 19, 2007.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties